**Order entered January 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00308-CR

**ROBERT EARL OLIVER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1160922-N**

## ORDER

The State's January 16, 2015 second motion for an extension of time in which to file its

brief is **GRANTED**. The State's brief, tendered for filing contemporaneously with its motion, is

deemed timely filed as of the date received.

/s/     ELIZABETH LANG-MIERS
PRESIDING JUSTICE